**DISMISS; Opinion Filed May 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-01253-CV

_____

**D. C INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR M.M., G.T. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR O.T., L.T. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR O.T., J.C. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR A.C., AND S.C. J.C. INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR A.C., Appellants**

**V.**

**DARIUS MCCLINTON-HUNTER, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## MEMORANDUM OPINION

Before Justices Fillmore, Stoddart, and Whitehill[1]
Opinion by Justice Stoddart

Appellants J.C. and S.C., individually and as next friends of A.C., and G.T. and L.T., as

next friends of O.T., have filed agreed motions to dismiss this appeal. We grant the motions and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).


131253F.P05

/ Craig Stoddart/
CRAIG STODDART
JUSTICE

_____

[1] Justice Bill Whitehill succeeded Justice Kerry FitzGerald, a member of the original panel, following Justice FitzGerald's retirement. *See* TEX. R. APP. P. 41.1(a).



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

D. C. INDIVIDUALLY AND AS NEXT
FRIEND OF THE MINOR M.M., G.T.
INDIVIDUALLY AND AS NEXT FRIEND
OF THE MINOR O.T., L.T.
INDIVIDUALLY AND AS NEXT FRIEND
OF THE MINOR O.T., J.C.
INDIVIDUALLY AND AS NEXT FRIEND
OF THE MINOR A.C., AND S.C. AND J.C.
INDIVIDUALLY AND AS NEXT FRIEND
OF THE MINOR A.C., Appellants

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-01692-2013.
Opinion delivered by Justice Stoddart.
Justices Fillmore and Whitehill participating.

No. 05-13-01253-CV          V.

DARIUS MCCLINTON-HUNTER,
Appellee

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 15th day of May, 2015.